FRANZISKA SCHOLZ, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants, Impleaded with Another.

*Scholz* v. *N. Y. & Harlem R. R. Co.*, 67 App. Div. 620, reversed.
(Argued May 21, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 22, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place* and *Thomas Emery* for appellants.

*James C. Bushby* and *Henry G. Atwater* for respondent.

Judgment reversed and complaint dismissed, without costs, on authority of *Kriete* v. *N. Y. & H. R. R. Co.* (175 N. Y. 484).

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.